Todd M. Friedman (216752)
tfriedman@attorneyforconsumers.com
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff



GRANTED
Judge Maxine M. Chesney

July 17, 2015

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE WILKES, et al.,** | ) Case No.: 3:15-cv-01839-MMC |
| | ) |
| Plaintiff, | ) **PLAINTIFF'S MOTION TO** |
| | ) **APPEAR TELEPHONICALLY AT** |
| vs. | ) **THE INITIAL CASE** |
| | ) **MANAGEMENT CONFERENCE** |
| **FIRST NATIONAL COLLECTIONS** ) |
| **BUREAU, INC.,** | ) Date: July 24, 2015 |
| | ) Time: 10:30 a.m. |
| Defendant. | ) Courtroom: #7 |

COME NOW, Plaintiffs Jacqueline Wilkes and Tiffany Tyler's counsel's requests to appear telephonically at the upcoming Initial Case Management Conference scheduled for July 24, 2015, at 10:30 a.m.

GOOD CAUSE exists for allowing Plaintiff's counsel, Todd M. Friedman, to appear telephonically, as his office is located in Beverly Hills, over 350 miles from the court. He will be available by phone at 888-595-9111 ext 614.

Respectfully submitted this 16th day of July 2015.
      The Law Offices of Todd M. Friedman, P.C.
       s/ Todd M. Friedman
      TODD M. FRIEDMAN
      Attorney for Plaintiff