**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
First National Collection Bureau, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WILKES AND TIFFANY TYLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No.: 3:15-cv-01839-MMC<br><br>**DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>DATE:   July 24, 2015<br>TIME:   10:30 a.m.<br>PLACE:  Courtroom 7<br><br>Complaint Filed: April 23, 2015 |

Defendant First National Collection Bureau, Inc. ("Defendant") hereby requests permission for its counsel to appear by telephone at the Case Management Conference scheduled for July 24, 2015 at 10:30 a.m.

Good cause exists because counsel for Defendant is located in Southern California, outside the Northern District of California.  Counsel for the Defendant will be available for the Initial Case Management Conference starting at 10:30 a.m. on July 24, 2015, until the time that this case is called.  Counsel will be available by telephone at 213-375-3543.

DATED:  July 16, 2015.

YU | MOHANDESI LLP

By   */s/ Brett B. Goodman*
    Jordan S. Yu
    Brett B. Goodman
    Attorneys for Defendant
    First National Collection Bureau, Inc.



July 17, 2015