1  **YU | MOHANDESI LLP**

2  **Jordan S. Yu** (SBN 227341)
   213.377.5502 | jyu@yumollp.com
3  **Brett B. Goodman** (SBN 260899)
   213.375.3543 | bgoodman@yumollp.com
4  633 West Fifth Street, Suite 2800
   Los Angeles, CA 90071
5  213.377.5501 Facsimile

6  Attorneys for Defendant
   First National Collection Bureau, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WILKES AND TIFFANY TYLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No.: 3:15-cv-01839-DMR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND COMPLETION DEADLINE FOR EARLY NEUTRAL EVALUATION**<br><br>Original Deadline: October 14, 2015<br>Proposed Deadline: December 14, 2015<br><br>Complaint Filed: April 23, 2015 |

– 2 –

Before the Court is the parties' Stipulation To Extend Completion Deadline For Early Neutral Evaluation.  Good cause appearing, the Court **GRANTS** the parties' stipulation.  Accordingly, the Court **ORDERS** that the parties' deadline to complete the early neutral evaluation is December 14, 2015.

**IT IS SO ORDERED.**

DATED:   September 11   , 2015.

_____
Honorable Maxine M. Chesney
United States District Judge