IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE WILKES, et al.,

    Plaintiffs,

  v.

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendant.

No. C 15-1839 MMC

**ORDER OF DISMISSAL**

Plaintiffs having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: November 20, 2015

MAXINE M. CHESNEY
United States District Judge